**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Fedrik Diego Washington

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01294-JRT-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum Opinion and Order 10 has been satisfied. This case is dismissed.

Date: 3/5/2026

KATE M. FOGARTY, CLERK